JUDGE: DAVID HITTNER
CASE MANAGER: ELLEN ALEXANDER
RPTR/TAPE: Kathy Metzger
INTERPRETER: June Hu

TIME: begin ___ end ___ A.M. | begin 10:10 end 10:45 P.M. DATE 10/6/21

CR. NO. 4:20-527    DEFT. NO. 02

UNITED STATES OF AMERICA
vs.
Jason Oil + Gas Equipment, LLC

Mark McIntyre, Carolyn Fuko AUSA
+ Anand Patel

Peter Spivack, Emily Lyons + ☐ CJA
Bruce Oakley (R)

Hui Zhang - Corporate Representative

### ARRAIGNMENT / REARRAIGNMENT — By Zoom

- ☑ karr./krearr.  ☐ Arraignment  ☑ Rearraignment  held on cts 3
- ☑ kpl.  Deft enters a plea of ☑ gpl. (guilty)  ☐ ngpl. (not guilty)  ☐ nolopl. (nolo).
- ☐ kwvindi.  Indictment waived.
- ☑ kplag.  PLEA AGREEMENT: Rule 11(c)(1)(c)

- ☐ ...  Order for PSI setting Disclosure and Sentencing dates signed.
- ☑ kwvpsi.  PSI waived.
- ☐ ksen.  Sentencing set ___ at ___
- ☐ kjytrl.  Jury trial set ___ at ___
- ☐ ko.(bnd.)  Deft bond ☐ set ☐ reduced to $ ___ ☐ Cash ☐ Surety ☐ 10% ☐ PR.
- ☐ ...  Deft failed to appear, bench warrant to issue.
- ☑ ...  Deft bond ☑ continued ☐ forfeited.
- ☐ ...  Deft remanded to custody.
- ☑ ...  Terminate other settings for this deft.  ☑ Terminate motions for this deft.
  OTHER PROCEEDINGS: ___

Copy to: USPO