AO 245E (Rev. 12/03) Judgment in a Criminal Case for Organizational Defendants
Sheet 1

United States District Court
Southern District of Texas
**ENTERED**
October 22, 2021
Nathan Ochsner, Clerk

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
Holding Session in Houston

| UNITED STATES OF AMERICA | JUDGMENT IN A CRIMINAL CASE |
|---|---|
| v. | (For Organizational Defendants) |
| **JASON OIL & GAS EQUIPMENT, LLC** | CASE NUMBER: 4:20CR00527-002 |
| | USM NUMBER: Not applicable |
| | Bruce Davidson Oakley, Emily M. Lyons, Peter S. Spivack |
| | Defendant Organization's Attorney |

**THE DEFENDANT ORGANIZATION:**

☒ pleaded guilty to count(s) <u>Count 3 on October 6, 2021.</u>

☐ pleaded nolo contendere to count(s) _____
which was accepted by the court.

☐ was found guilty on count(s) _____
after a plea of not guilty.

The defendant is adjudicated guilty of these offenses:

| Title & Section | Nature of Offense | Offense Ended | Count |
|---|---|---|---|
| 18 U.S.C. § 1832(a)(3) and (4) | Attempted receiving and buying of trade secrets | 03/09/2020 | 3 |

☐ See Additional Counts of Conviction.

The organizational defendant is sentenced as provided in pages 2 through <u>5</u> of this judgment.

☐ The organizational defendant has been found not guilty on count(s) _____

☒ Count(s) <u>remaining</u> are dismissed on the motion of the United States.

  It is ordered that the organization must notify the United States attorney for this district within 30 days of any change of name, principal business address, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant organization must notify the court and United States attorney of material changes in economic circumstances.

| | |
|---|---|
| Defendant Organization's Federal Employer I.D. No.: 45-4250203 | October 6, 2021<br>Date of Imposition of Judgment |
| Defendant Organization's Principal Business Address:<br>1606 Canyon Trail Drive<br>Houston, Texas 77066 | /s/ David Hittner<br>Signature of Judge |
| Defendant Organization's Mailing Address:<br>1606 Canyon Trail Drive<br>Houston, Texas 77066 | **DAVID HITTNER**<br>**SENIOR UNITED STATES DISTRICT JUDGE**<br>Name and Title of Judge<br><br>10/21/21<br>Date |

DEFENDANT ORGANIZATION: **JASON OIL & GAS EQUIPMENT, LLC**
CASE NUMBER: 4:20CR00527-002

# PROBATION

The defendant organization is hereby sentenced to probation for a term of: 4 years.
This term consists of FOUR (4) YEARS as to Count 3.

☐ See Additional Probation Terms.

## MANDATORY CONDITIONS

The defendant organization must not commit another federal, state or local crime.

If this judgment imposes a fine or a restitution obligation, it is a condition of probation that the defendant organization pay in accordance with the Schedule of Payments sheet of this judgment.

The defendant organization must comply with the standard conditions that have been adopted by this court as well as with any additional conditions on the attached page (if indicated below).

## STANDARD CONDITIONS OF SUPERVISION

☒ See Special Conditions of Supervision.

1) within thirty days from the date of this judgment, the defendant organization shall designate an official of the organization to act as the organization's representative and to be the primary contact with the probation officer;

2) the defendant organization shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer;

3) the defendant organization shall notify the probation officer ten days prior to any change in principal business or mailing address;

4) the defendant organization shall permit a probation officer to visit the organization at any of its operating business sites;

5) the defendant organization shall notify the probation officer within seventy-two hours of any criminal prosecution, major civil litigation, or administrative proceeding against the organization;

6) the defendant organization shall not dissolve, change its name, or change the name under which it does business unless this judgment and all criminal monetary penalties imposed by this court are either fully satisfied or are equally enforceable against the defendant's successors or assignees; and

7) the defendant organization shall not waste, nor without permission of the probation officer, sell, assign, or transfer its assets.

DEFENDANT ORGANIZATION: **JASON OIL & GAS EQUIPMENT, LLC**
CASE NUMBER: **4:20CR00527-002**

# SPECIAL CONDITIONS OF SUPERVISION

You will not sell or market coiled tubing (both conventional and advanced coiled tubing) in the United States.

To the extent that Defendant resumes any business operations, Defendant will maintain its compliance program, with provisions designed to provide reasonable assurances that no further violations of United States trade secret law will occur. The United States agrees that Defendant's obligations to maintain such a program will be satisfied by Defendant's adherence to the compliance program maintained by its affiliate company, Jason Energy Technologies Co., LTD, as described in the Deferred Prosecution Agreement.

DEFENDANT ORGANIZATION: **JASON OIL & GAS EQUIPMENT, LLC**
CASE NUMBER: **4:20CR00527-002**

# CRIMINAL MONETARY PENALTIES

The defendant organization must pay the total criminal monetary penalties under the schedule of payments on Sheet 4.

|        | **Assessment** | **Fine**     | **Restitution** |
|--------|----------------|--------------|-----------------|
| **TOTALS** | $400       | $4,100,000   | $               |

☐ See Additional Terms for Criminal Monetary Penalties.

☐ The determination of restitution is deferred until _____. An *Amended Judgment in a Criminal Case for Organizational Defendants (AO 245F)* will be entered after such determination.

☐ The defendant organization must make restitution (including community restitution) to the following payees in the amount listed below.

If the defendant organization makes a partial payment, each payee shall receive an approximately proportioned payment, unless specified otherwise in the priority order or percentage payment column below. However, pursuant to 18 U.S.C. § 3664(i), all nonfederal victims must be paid before the United States is paid.

| **Name of Payee** | **Total Loss*** | **Restitution Ordered** | **Priority or Percentage** |
|-------------------|-----------------|-------------------------|----------------------------|
|                   | $               | $                       |                            |

☐ See Additional Restitution Payees.

| **TOTALS** | $ | $ |
|------------|---|---|

☐ Restitution amount ordered pursuant to plea agreement $_____

☒ The defendant organization must pay interest on restitution and a fine of more than $2,500, unless the restitution or fine is paid in full before the fifteenth day after the date of the judgment, pursuant to 18 U.S.C. § 3612(f). All of the payment options on Sheet 4 may be subject to penalties for delinquency and default, pursuant to 18 U.S.C. § 3612(g).

☐ The court determined that the defendant organization does not have the ability to pay interest and it is ordered that:

   ☐ the interest requirement is waived for the ☐ fine ☐ restitution.

   ☐ the interest requirement for the ☐ fine ☐ restitution is modified as follows:

☐ Based on the Government's motion, the Court finds that reasonable efforts to collect the special assessment are not likely to be effective. Therefore, the assessment is hereby remitted.

\* Findings for the total amount of losses are required under Chapters 109A, 110, 110A, and 113A of Title 18 for offenses committed on or after September 13, 1994, but before April 23, 1996.

AO 245E (Rev. 12/03)  Judgment in a Criminal Case for Organizational Defendants
Sheet 4 – Schedule of Payments
Judgment — Page 5 of 5

DEFENDANT ORGANIZATION: **JASON OIL & GAS EQUIPMENT, LLC**
CASE NUMBER: **4:20CR00527-002**

# SCHEDULE OF PAYMENTS

Having assessed the defendant organization's ability to pay, payment of the total criminal monetary penalties is due as follows:

A ☐ Lump sum payment of $ _____ due immediately, balance due

    ☐ not later than _____, or
    ☐ in accordance with ☐ C or ☐ D below; or

B ☒ Payment to begin immediately (may be combined with ☐ C or ☒ D below); or

C ☐ Payment in equal _____ installments of $ _____ over a period of _____,
    to commence _____ after the date of this judgment; or

D ☒ Special instructions regarding the payment of criminal monetary penalties:

    Payable to:  Clerk, U.S. District Court, Attn: Finance, P.O. Box 61010, Houston, TX 77208

    The defendant is ordered to pay a fine in the amount of $4,100,000, $1,000,000 of which relates to Jason Energy Technologies Co., LTD, within 30 days of re-arraignment. The special assessment of $400 is due immediately.

All criminal monetary penalties are made to the clerk of the court.

The defendant organization shall receive credit for all payments previously made toward any criminal monetary penalties imposed.

☐ Joint and Several

**Case Number**
**Defendant and Co-Defendant Names**                **Joint and Several**      **Corresponding Payee,**
**(including defendant number)**      **Total Amount**      **Amount**      **if appropriate**

☐ See Additional Defendants and Co-Defendants Held Joint and Several.

☐ The defendant organization shall pay the cost of prosecution.

☐ The defendant organization shall pay the following court cost(s):

☐ The defendant organization shall forfeit the defendant organization's interest in the following property to the United States:

Payments shall be applied in the following order: (1) assessment, (2) restitution principal, (3) restitution interest, (4) fine principal, (5) fine interest, (6) community restitution, (7) penalties, and (8) costs, including cost of prosecution and court costs.